MARY F. KELLY, as Administratrix of the Estate of FRANCIS J. KELLY, Deceased, Respondent, *v.* PENNSYLVANIA TUNNEL AND TERMINAL RAILROAD COMPANY, Appellant, Impleaded with Another.

*Kelly* v. *Pennsylvania Tunnel & Ter. R. R. Co.,* 167 App. Div. 898, affirmed.

(Argued October 24, 1916; decided November 21, 1916.)

APPEAL from so much of a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 17, 1915, as affirmed a judgment in favor of plaintiff and against the defendant, appellant, entered upon a verdict. The action is to recover damages for the death of the plaintiff's intestate, a workman in the employment of the Union Switch and Signal Company, which was engaged in installing signals and switches along the line of the defendant, appellant, railroad, who, on his way home from his work and riding at the invitation of a fellow-workman upon a track velocipede, operated on the tracks of said defendant, appellant, was run into and killed by one of its locomotives.

*Frank Verner Johnson* and *Amos H. Stephens* for appellant.

*Edgar A. Martin, Augustus Van Wyck* and *Lamont McLoughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.